RE:    Elson M. DeBarros

DOA: 01/03/2013

**South Huntington Primary Care Associates**
**301 South Huntington Avenue**
**Jamaica Plain, MA 02130**

Physician's Name: _Niredita Ghosh_         **Phone: 857-307-3300**
                                            **Fax:    857-307-3432**
Physician's Address:_____

History of injury: _In early Jan 2013, Elson was performing a routine job function_
_in cleaning when his skin came into contact with Ecolab Degreaser Strip_
_+ caused a chemical irritation / burn on the right forearm_

Was the injury work related?          _X_ yes              _____ no

Physical examination findings: _At the time, the volar surface of_
_the right forearm had a large, slight tender + raised_
_erythematous lesion_

Diagnosis: _Contact dermatitis_
_____

Is the diagnosis causally related to the work injury?          _X_ yes _____ no

Course or recommended treatment: _Was treated with topical steroids_
_____
_____

Is the employee:

_____        Totally disabled (from _____ to _____)


_____        Partially disabled (from _____ to _____)


_X_        Can return to work full-time without restrictions as of _now  Was clear to return to_
                                                                        _work as of Jan 8_
If partially disabled, what are the employee's restrictions?_____

_NOT DISABLED but should wear gloves /protective_
_garments to protect the skin from further injury_

Is the disability causally related to the industrial injury?      _____ yes      _____ no

_3/20/13_                          _h. L_
_____                    _____

Dated                              Physician's signature



B W H

**Brigham and Women's Advanced Primary Care Associates, South Huntington**

301 South Huntington Avenue
Jamaica Plain, MA 02130
Tel: 857-307-3300  Fax: 857-307-3305

FILED
IN CLERKS OFFICE

2016 JAN 11  PM 2 11

U.S. DIST CT
DISTRICT OF MASS.

ELSON M DE BARROS
50 RIDGEWOOD ST APT 2
BOSTON MA 02122

January 11, 2013

To whom it may concern:

Please accept this note as documentation that Elson Debarron sustained a burn injury to his right forearm due to degreaser chemical on Jan 3, 2013 that prevented him from working the next 3 days. I saw him in my office on Jan 8, 2013.  He is 100% cleared to return back to work. If you have any questions please do not hesitate to contact the office.

Warmest regards,

Nivedita Ghosh, M.D.

1

| CO. | FILE | DEPT. | CLOCK NUMBER | 130 |
|-----|------|-------|--------------|-----|
| ZCS | 000142 | 355130 | 0053082795 | 1 |

# Earnings Statement



AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Period Ending:   08/15/2011
Pay Date:        08/19/2011

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:     2
MA:          2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 85.50 | 1,026.00 | 3,564.48 |
| Overtime | 18.0000 | 8.25 | 148.50 | 207.00 |
| Holiday Off | | | | 24.00 |
| Holiday Worked | | | | 108.00 |
| | | | | 3,903.48 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -99.10 | 267.15 |
| | Social Security Tax | -49.33 | 163.95 |
| | Medicare Tax | -17.03 | 56.60 |
| | MA State Income Tax | -46.81 | 141.50 |

Your federal taxable wages this period are
$1,174.50

©1996, 2006, ADP, Inc. All Rights Reserved.

◄ TEAR HERE



Exhibit Debarros Page 16

CO.   FILE   DEPT.   CLOCK  NUMBER   130
ZCS   000142  386130           0053100372  1

# Earnings Statement



AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Period Ending:    08/31/2011
Pay Date:         09/02/2011

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    2
  MA:         2

**ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 86.25 | 1,035.00 | 4,599.48 |
| Overtime | 18.0000 | 7.00 | 126.00 | 333.00 |
| Holiday Off | | | | 24.00 |
| Holiday Worked | | | | 108.00 |
| | | | | 5,064.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.08 | 364.23 |
| | Social Security Tax | -48.76 | 212.71 |
| | Medicare Tax | -16.83 | 73.43 |
| | MA State Income Tax | -45.13 | 187.63 |

Your federal taxable wages this period are
$1,161.00

©1998, 2006, ADP, Inc. All Rights Reserved

▼ TEAR HERE

**Exhibit Debarros Page 18**



# Earnings Statement

Period Ending:     09/15/2011
Pay Date:          09/20/2011

ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER MA 02122

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 396130 | | 0053115287 | 1 |

AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   2
MA:        2

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 80.75 | 969.00 | 5,568.48 |
| Holiday Worked | 12.0000 | 9.00 | 162.00 | 270.00 |
| Retroactive | 12.0000 | 6.00 | 72.00 | 72.00 |
| Overtime | | | | 333.00 |
| Holiday Off | | | | 24.00 |
| **Gross Pay** | | | **$1,203.00** | 6,267.48 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -103.38 | 467.61 |
| | Social Security Tax | -50.52 | 263.23 |
| | Medicare Tax | -17.45 | 90.88 |
| | MA State Income Tax | -48.23 | 235.86 |
| | **Net Pay** | **$983.42** | |

Your federal taxable wages this period are
$1,203.00

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|---|---|---|---|---|---|
| ZCS | 000142 | 366130 | | 0053165111 | 1 |

# Earnings Statement



**AREAS USA BOS, LLC**
**5301 BLUE LAGOON DRIVE**
**SUITE # 690**
**MIAMI, FL 33126**

Period Ending:   10/31/2011
Pay Date:   11/04/2011

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:       2
  MA:            2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 98.00 | 1,176.00 | 8,697.48 |
| Overtime | 18.0000 | 7.00 | 126.00 | 1,057.50 |
| Holiday Off | | | | 24.00 |
| Holiday Worked | | | | 270.00 |
| Retroactive | | | | 72.00 |
| | | | | 10,120.98 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -118.23 | 814.42 |
| | Social Security Tax | -54.68 | 425.08 |
| | Medicare Tax | -18.87 | 146.75 |
| | MA State Income Tax | -53.18 | 392.78 |

Your federal taxable wages this period are
$1,302.00

©1999, 2006, ADP, Inc. All Rights Reserved.

▼TEAR HERE

**Exhibit Debarros Page 19**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 386180 | | 0053209763 | 1 |

# Earnings Statement



*AREAS USA BOS, LLC*
*5301 BLUE LAGOON DRIVE*
*SUITE # 690*
*MIAMI, FL 33126*

| | |
|---|---|
| Period Ending: | 12/15/2011 |
| Pay Date: | 12/20/2011 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:     2
  MA:          2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 86.25 | 1,035.00 | 11,463.48 |
| Overtime | 18.0000 | 8.75 | 157.50 | 1,323.00 |
| Holiday Off | | | | 120.00 |
| Holiday Worked | | | | 270.00 |
| Retroactive | | | | 72.00 |
| Sick | | | | 192.00 |
| | | | | 13,440.48 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -101.80 | 1,081.13 |
| | Social Security Tax | -50.08 | 564.50 |
| | Medicare Tax | -17.29 | 194.89 |
| | MA State Income Tax | -47.71 | 523.00 |

Your federal taxable wages this period are
$1,192.50

©1999, 2005, ADP, Inc. All Rights Reserved.

◀ TEAR HERE

**Exhibit Debarros Page 20**

Exhibit Debarros Page 21

©1994, 2006, ADP, Inc. All Rights Reserved.

◀ TEAR HERE



# Earnings Statement

Period Ending: 01/31/2012
Pay Date: 02/03/2012

CO. FILE DEPT. CLOCK NUMBER 130
ZC8 000142 386130 0053255322 1

ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER MA 02122

AREAS USA BCS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
MA: 2

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 79.50 | 954.00 | 2,505.00 |
| Overtime | | | | 67.50 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 96.00 |
| | | | | 2,899.50 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -64.04 | 197.74 |
| | Social Security Tax | -40.07 | 121.78 |
| | Medicare Tax | -13.83 | 42.04 |
| | MA State Income Tax | -35.44 | 108.19 |

Your federal taxable wages this period are $954.00

CO.   FILE   DEPT.   CLOCK NUMBER   130
ZC9   000142 386130         0053283270  1

# Earnings Statement

**ADP**

AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Period Ending:   02/29/2012
Pay Date:        03/05/2012

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   2
  MA:        2

**ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 77.25 | 927.00 | 4,365.00 |
| Overtime | | | | 67.50 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 96.00 |
| Gross Pay | | | 927.00 | 4,759.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.99 | 318.62 |
| | Social Security Tax | -36.93 | 199.90 |
| | Medicare Tax | -13.44 | 69.01 |
| | MA State Income Tax | -34.11 | 176.70 |

Your federal taxable wages this period are $927.00

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

Exhibit Debarros Page 22

© 2003 ADP, Inc.

```
CO.   FILE   DEPT.   CLOCK  NUMBER    130
ZCS   000142 386130         0053363317  1
```

# Earnings Statement

AREAS USA BOS, LLC
5901 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Period Ending:   05/15/2012
Pay Date:        05/18/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:     2
  MA:          2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 74.25 | 891.00 | 9,495.00 |
| Overtime | 18.0000 | 4.25 | 76.50 | 229.50 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 96.00 |
| Gross Pay | | | $967.50 | 10,051.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.06 | 717.11 |
| | Social Security Tax | -40.63 | 422.16 |
| | Medicare Tax | -14.03 | 145.75 |
| | MA State Income Tax | -36.11 | 379.77 |
| | Net Pay | | $810.67 |

Your federal taxable wages this period are $967.50

©1999, 2003 ADP, Inc. All Rights Reserved.

Exhibit Debarros Page 23

◀ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 386130 | | 0053314257 | 1 |

# Earnings Statement



AREAS USA BOS, LLC
5901 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

| Period Ending: | 03/31/2012 |
|----------------|------------|
| Pay Date: | 04/05/2012 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  2
  MA:  2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number:  XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 88.50 | 1,062.00 | 6,450.00 |
| Overtime | 18.0000 | 3.25 | 58.50 | 126.00 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 95.00 |
| Gross Pay | | | $1,120.50 | 6,903.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -69.01 | 482.02 |
| | Social Security Tax | -47.06 | 289.93 |
| | Medicare Tax | -16.24 | 100.09 |
| | MA State Income Tax | -43.69 | 259.25 |
| | Net Pay | | $944.50 |

Your federal taxable wages this period are
$1,120.50

©1996, 2006, ADP, Inc.  All Rights Reserved.

▼ TEAR HERE

Exhibit Debarros Page 24

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZC8 | 000142 | 386130 | | 0053334796 | 1 |

# Earnings Statement

**ADP**

*AREAS USA BOS, LLC*
*5301 BLUE LAGOON DRIVE*
*SUITE # 690*
*MIAMI, FL 33126*

| | |
|---|---|
| Period Ending: | 04/15/2012 |
| Pay Date: | 04/20/2012 |

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        2
MA:             2

Social Security Number:  XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 89.50 | 1,074.00 | 7,524.00 |
| Overtime | | | | 126.00 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 95.00 |
| | | | ▨▨▨▨▨ | 7,977.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -82.04 | 564.06 |
| | Social Security Tax | -45.10 | 335.03 |
| | Medicare Tax | -15.58 | 115.67 |
| | MA State Income Tax | -41.39 | 300.64 |

Your federal taxable wages this period are
$1,074.00

©1998, 2006, ADP, Inc.  All Rights Reserved.

**Exhibit Debarros Page 25**

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 366130 | | 0053349472 | 1 |

# Earnings Statement

**ADP**

AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

Period Ending:     04/30/2012
Pay Date:          05/04/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        2
  MA:             2

**ELSON  DE BARROS**
**50  RIDGEWOOD  ST**
**DORCHESTER  MA  02122**

Social Security Number:  XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 90.00 | 1,080.00 | 8,604.00 |
| Overtime | 18.0000 | 1.50 | 27.00 | 153.00 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 96.00 |
| | | | ▓▓▓▓1,107.00 | 9,084.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -85.99 | 651.05 |
| | Social Security Tax | -46.50 | 381.53 |
| | Medicare Tax | -16.05 | 131.72 |
| | MA State Income Tax | -43.02 | 343.66 |

Your federal taxable wages this period are
$1,107.00

©1999, 2006, ADP, Inc. All Rights Reserved.

◄ TEAR HERE

Exhibit Debarros Page 26

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 366130 | | 0053363317 | 1 |

# Earnings Statement

**ADP**

*AREAS USA BOS, LLC*
*5301 BLUE LAGOON DRIVE*
*SUITE # 690*
*MIAMI, FL 33126*

Period Ending:       05/15/2012
Pay Date:            05/18/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:           2
    MA:                2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1199

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 74.25 | 891.00 | 9,495.00 |
| Overtime | 18.0000 | 4.25 | 76.50 | 229.50 |
| Holiday Off | | | | 96.00 |
| Holiday Worked | | | | 135.00 |
| Sick | | | | 96.00 |
| Gross Pay | | | $967.50 | 10,051.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -66.06 | 717.11 |
| | Social Security Tax | -40.63 | 422.16 |
| | Medicare Tax | -14.03 | 145.75 |
| | MA State Income Tax | -36.11 | 379.77 |

Your federal taxable wages this period are $967.50

©1999 2005 ADP, Inc. All Rights Reserved.

◀ TEAR HERE

Exhibit Debarros Page 27

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
| ZCS | 000142 | 388130 | | 0053389310  1 | |

# Earnings Statement



AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

| Period Ending: | 06/15/2012 |
| Pay Date: | 06/20/2012 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:     2
  MA:       2

**ELSON DE BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER MA 02122**

Social Security Number: XXX-XX-1199

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 54.25 | 651.00 | 10,899.00 |
| Overtime | | | | 292.50 |
| Holiday Off | | | | 153.00 |
| Holiday Worked | | | | 193.50 |
| Sick | | | | 96.00 |
| | | | 651.00 | 11,634.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.47 | 802.24 |
| | Social Security Tax | -27.34 | 488.63 |
| | Medicare Tax | -9.44 | 168.69 |
| | MA State Income Tax | -20.44 | 434.54 |

Your federal taxable wages this period are $651.00

©1999, 2005, ADP, Inc. All Rights Reserved.

◄ TEAR HERE

*Exhibit Debarros Page 28*

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZC8 | 000142 | 388130 | | 0053401889 | 1 |

# Earnings Statement



**AREAS USA BOS, LLC**
**5901 BLUE LAGOON DRIVE**
**SUITE # 690**
**MIAMI, FL 33126**

| | |
|---|---|
| Period Ending: | 06/30/2012 |
| Pay Date: | 07/05/2012 |

**ELSON  DE  BARROS**
**50 RIDGEWOOD ST**
**DORCHESTER  MA  02122**

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:               2
  MA:                    2

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 47.75 | 573.00 | 11,472.00 |
| Overtime | | | | 292.50 |
| Holiday Off | | | | 153.00 |
| Holiday Worked | | | | 193.50 |
| Sick | | | | 96.00 |
| Gross Pay | | | $573.00 | 12,207.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -16.67 | 818.91 |
| | Social Security Tax | -24.06 | 512.69 |
| | Medicare Tax | -8.31 | 177.00 |
| | MA State Income Tax | -16.57 | 451.11 |
| | Net Pay | | $507.39 |

Your  federal  taxable  wages  this  period  are  $573.00

©1999, 2008, ADP, Inc., All Rights Reserved.

▼TEAR HERE

Exhibit Debarros Page 29

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| ZCS | 000142 | 386130 | | 0053415028 | 1 |

# Earnings Statement



*AREAS USA BOS, LLC*
*5301 BLUE LAGOON DRIVE*
*SUITE # 680*
*MIAMI, FL 33126*

Period Ending:    07/15/2012
Pay Date:        07/20/2012

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:       2
  MA:            2

**ELSON  DE  BARROS**
**50  RIDGEWOOD  ST**
**DORCHESTER  MA  02122**

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | | year to date |
|----------|------|-------|-------------|--|--------------|
| Regular | 12.0000 | 59.25 | 711.00 | | 12,183.00 |
| Holiday Off | 12.0000 | 4.00 | 48.00 | | 201.00 |
| Holiday Worked | 12.0000 | 4.00 | 72.00 | | 265.50 |
| Overtime | | | | | 292.50 |
| Sick | | | | | 96.00 |
| | | | | | 13,038.00 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | -45.69 | | 864.50 |
| | Social Security Tax | -34.91 | | 547.60 |
| | Medicare Tax | -12.05 | | 189.05 |
| | MA State Income Tax | -29.35 | | 480.46 |

Your federal taxable wages this period are $831.00

©1999, 2006, ADP Inc.  All Rights Reserved.

AR HERE

CO.   FILE   DEPT.   CLOCK   NUMBER   130
ZCS   000142 386130          0053500609  1

AREAS USA BOS, LLC
5301 BLUE LAGOON DRIVE
SUITE # 690
MIAMI, FL 33126

# Earnings Statement



Period Ending:      10/31/2012
Pay Date:           11/05/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:      2
    MA:           2

ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER MA 02122

Social Security Number: XXX-XX-1139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 72.25 | 867.00 | 17,718.00 |
| Overtime | | | | 292.50 |
| Holiday Off | | | | 249.00 |
| Holiday Worked | | | | 265.50 |
| Sick | | | | 96.00 |
| **Gross Pay** | | | **$867.00** | 18,621.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -50.99 | 1,161.04 |
| | Social Security Tax | -36.41 | 782.08 |
| | Medicare Tax | -12.57 | 270.00 |
| | MA State Income Tax | -31.13 | 674.32 |
| | **Net Pay** | **$735.90** | |

Your federal taxable wages this period are $867.00

©1990, 2006  ADP, Inc.  All Rights Reserved.

1 TEAR HERE

Exhibit Debarros Page 31

Exhibit Debarros Page 32

Taxable Marital Status:     Single
Exemptions/Allowances:
Federal:   02
State:   02

**ELSON DE BARROS** FILED
**50 RIDGEWOOD ST**
**DORCHESTER, MA 02122**

2016 JAN 11 PM 2 10

| gs | rate | hours | this period | year to date | Important Notes U.S. DISTRICT |
|---|---|---|---|---|---|
| r | 12.0000 | 7.25 | 87.00 | | DISTRICT OF |
| Worked | | 12.25 | 220.50 | | |
| | Gross Pay | $ | 307.50 | 1,540.50 | |

| tions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 41.00- |
| | Social Security Tax | 19.06- | 95.51- |
| | Medicare Tax | 4.46- | 22.34- |
| | MA Withholding Tax | | 16.16- |
| | | | |
| | Other | | |
| | Net Pay | $ | 283.98 |

Areas USA BOS, LLC
5301 Blue Lagoon Drive
Suite 690
Miami, FL 33126

| Payroll check number: | 0053560837 |
|---|---|
| Period Ending: | 01/15/2013 |
| Pay Date: | 01/18/2013 |
| Employee ID: | 14317 |

the
f    **ELSON DE BARROS**
mount:   **TWO HUNDRED EIGHTY-THREE AND 98/100 DOLLARS**                     $283.98

**NON-NEGOTIABLE**
**(THIS IS NOT A CHECK)**

ELSON DE BARROS
50 RIDGEWOOD ST
DORCHESTER, MA  02122

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:   02
  State:     02

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Vacation |      | 40.00 | 480.00      |              |                 |
| Gross Pay |     | 8     | 480.00      | 1,540.50     |                 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Withholding Tax | 6.33- | 41.00- |
| | Social Security Tax | 29.76- | 95.51- |
| | Medicare Tax | 6.96- | 22.34- |
| | MA Withholding Tax | 11.46- | 36.16- |
| | Other | | |
| | Net Pay | 8 | 425.49 |

Areas USA BOS, LLC
5301 Blue Lagoon Drive
Suite 690
Miami, FL  33126

| Payroll check number: | 0000000009 |
|---|---|
| Period Ending: | 03/15/2013 |
| Pay Date: | 03/20/2013 |
| Employee ID: | 14317 |

Pay to the
order of      ELSON DE BARROS
This Amount:   FOUR HUNDRED TWENTY-FIVE AND 49/100 DOLLARS                    $425.49

***VOID AFTER 90 DAYS***

AUTHORIZED SIGNATURE



**NEW ENGLAND BAPTIST**
HOSPITAL

May 1, 2012

To whom it may concern:

Elson De Barros was seen by me today 5/1/12 for low back pain.  He will undergo physical therapy twice a week for 12 weeks but may continue to work this period, but is to refrain from lifting more than 20 lbs, or carrying more than 10 lbs.

Please keep all medical information regarding the patient in strictest confidentiality.

Regards,

Anthony Lee, MD

## THE SPINE CENTER
### NEW ENGLAND BAPTIST BONE AND JOINT INSTITUTE
125 Parker Hill Avenue
Boston, MA 02120
(617) 754-5245

## Work Recommendations

Patient _Lisa DeBarros_ MR# _____ Date _5/1/12_

Diagnosis _Low Back Pain_

\_\_\_ Temporarily Totally Disabled for the next _____

\_\_\_ Return to Work on _____ \_\_\_ Full Time

\_\_\_ Hours Per Day _____

### Lifting and Carrying Abilities - As Tolerated

| | Never | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| 1 – 10 Lbs | — | — | — | — |
| 11 – 20 Lbs | — | — | — | — |
| 21 – 30 Lbs | — | — | — | — |
| 31 – 50 Lbs | — | — | — | — |
| 51 – 100 Lbs | — | — | — | — |

### Positions and Activities - As Tolerated

| | Never | Occasional | Frequent | Continuous |
|---|---|---|---|---|
| Bending | — | — | — | — |
| Squatting | — | — | — | — |
| Climbing | — | — | — | — |
| Standing | — | — | — | — |
| Walking | — | — | — | — |
| Sitting | — | — | — | — |
| Reaching | — | — | — | — |

Other Recommendations: _Please Allow Mr. DeBarros to_
_attend PT trice Weekly_

The Above Restrictions are \_\_\_ in Effect Until _2 months_
\_\_\_ Permanent

Re-evaluation on _2 months_

Physician Name _A. Lee_ Signature _____

NEBH Spine Center
125 Parker Hill Avenue
Boston, MA  02120-2847
Tel: 617-754-5246
Fax: 617-754-6332

## Physical/Occupational Therapy

DATE: 05/01/2012

NAME:        ELSON DE BARROS
ADDRESS:    50 RIDGEWOOD STREET
                    APT 2, BOSTON MA 02122

DOB: 09/08/1979

Assessment: Lumbago - 724.2 (Primary),Lumbar root lesion - 353.4

Physical Therapy Referral Frequency : 2 times, per week.  Duration : 4-6 weeks .. ,Requested Treatment : Supervised exercise program including progressive stretching, lifting and back strengthening. ,Recommended Physical Therapy Site : Kathy Cortelyou PT Kennedy Bros. Boston-Copley 617-266-2664.

Carol Hartigan, MD



**Brigham and Women's Advanced Primary Care Associates, South Huntington**

301 South Huntington Avenue
Jamaica Plain, MA 02130
Tel: 857-307-3300 Fax: 857-307-3305

ELSON DEBARROS
50 RIDGEWOOD ST NBR 2
DORCHESTER MA 02122

May 22, 2012

To whom it may concern:

Please accept this note as documentation that Mr. Debarros is actively undergoing treatment for low back pain that is result of a past work accident. He will undergo physical therapy on Tuesday and Saturday for at least 12 weeks from the date of this note and cannot work on those days. He is to refrain from lifting more than 20 pounds, or carrying more than 10 pounds. If you have any questions please do not hesitate to contact the office.

Warmest regards,

_____
Nivedita Ghosh, M.D.

1

# Tufts Medical Center

880 Washington Street
Boston, MA 02111

Emergency Department
(617)636-5566

To Whom It May Concern:

This is to certify that ___Elson Debarros___

was seen by the Emergency Medical Service of this hospital on ___6/15/12___

(date) at ___3:30pm___ (time). This patient may return to work/school on

___6/16/12___ (date).

Sincerely,

for Dr. Moon Li.

Exhibit Debarros Page 39



**Brigham and Women's Advanced Primary Care Associates, South Huntington**

311 South Huntington Avenue
Jamaica Plain, MA 02130
Tel: 857-307-3300  Fax: 857-307-3305

Patient: DEBARROS,ELSON 25668054(BWH) 09/08/79 M
Author: Electronically Signed by Margaret A. Mandosa, P.A.-C.

Status: Signed 06/28/2012 18:52
Visit Date: 06/28/2012

6/28/12

To whom it may concern:

Elson Debarros was seen in my office on June 28, 2012 for a medical visit.

Please excuse him form work today, 6/28/12 and tomorrow, 6/29/12 due to illness.

Thank You

Sincerely,

Margaret Mandosa PA-C

1

Patient: DEBARROS,ELSON 25668054(BWH) 09/08/79 M                    Status: Final
Author: Michael L. Barnett, M.D.                              Visit Date:08/23/2012



## BRIGHAM AND WOMEN'S HOSPITAL

ELSON DEBARROS
50 RIDGEWOOD ST NBR 2
DORCHESTER MA 02122

August 23, 2012

To Whom it May Concern:

Please excuse Elson Debarros from work or court obligations on 8/23/12-8/24/12. He would benefit from a postponement for his court date for at least 2 weeks from 8/24/12 as well as leave from work. Please direct any question to Dr. Nivedita Ghosh at 857-337-3300.

Sincerely,

Michael L. Barnett, MD
Brigham and Women's Hospital
Pager ID: 30925

1

Exhibit Debarros Page 41



**Brigham and Women's Advanced Primary Care Associates, South Huntington**

301 South Huntington Avenue
Jamaica Plain, MA 02130
Tel: 857-307-3300  Fax: 857-307-3305

ELSON DEBARROS
50 RIDGEWOOD ST NBR 2
DORCHESTER MA 02122

August 30, 2012

To Whom it May Concern:

Mr. Debarros is a patient who is under my care at South Huntington Health Clinic. He may return to work on 8/31/212 and has no restrictions on his occupational activities. Please do not hesitate to contact my office with any questions or concerns.

Sincerely,

Nivedita Ghosh, M.D.

1



**Brigham and Women's Advanced Primary Care Associates, South Huntington**

301 South Huntington Avenue
Jamaica Plain, MA 02130
Tel: 857-307-3300 Fax: 857-307-3305

ELSON DEBARROS
50 RIDGEWOOD ST NBR 2
DORCHESTER MA 02122

August 30, 2012

To Whom it May Concern:

Mr. Debarros is a patient here at South Huntington Health Clinic. He was seen today in our office for medical issue. Please excuse Elson Debarros from work obligations for 8/30/2012 and 8/31/12. Please do not hesitate to contact my office with any questions or concerns.

Sincerely,

Nivedita Ghosh, M.D.

Tufts Medical Center 800 Washington Street Boston MA 02111      **Physician Chart Results Report**

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | DEBARROS, ELSON | **MRN:** | 2373202 | |
| **Pt ID:** | 2009002886 | **Acct No:** | 132277206 | |
| **DOB:** | 09/08/1979 | **Age/Sex:** | 33Y/M | |
| | | **Atn Dr:** | Stephen, James MD | |
| **Nurse Sta:** | | **Rm/Bed:** | | |
| **Dx:** | | | | |
| **Alrg:** | No Known Drug Allergies | | | |

| | | | |
|---|---|---|---|
| **Order Name:** | | | |
| **Result Name:** | Physician Chart | **Observation Dtime:** | 01/04/2013 15:01 |
| | | **Result Status:** | Final Result |

```
Name:Debarros, Elson
MRN:2373202
Age:33 years
Sex:Male
DOB:09/08/1979
Arrival Date:01/04/2013
Arrival Time:15:01
Account#:132277206
PCP:Brigham / womens

HPI:
01/04  The pt reports that he got a degreaser on his right forearm     jms
16:31  yesterday. He notes pain / itching ion the flexor surface of
       the forearm today. He denies any other exposre. No cough, SOB,
       eye irritation.

Historical:
- Allergies: No known drug Allergies; Denies latex allergy;
- Home Meds: gabapentin Oral;
- PMHx: Gout;
- PSHx: None;
- Smoking History: Patient denies using tobacco.
- Social history: No barriers to communication noted.
- The history from nurses notes was reviewed; and I agree with
  what is documented.

ROS:
16:32  Constitutional Negative for chills, fever. Eyes Negative for    jms
       pain, redness. ENT Negative for sore throat, difficulty
       swallowing. Cardiovascular Negative for chest pain.
       Respiratory: Negative for cough, shortness of breath.
       Abdomen/GI: Negative for abdominal pain, nausea, vomiting,
       diarrhea. MS/extremity: Positive for erythema, pain. Neuro:
       Negative for headache, weakness. Psych: Negative for drug
       dependence, alcohol dependence.

Vital Signs:
15:02  BP 115 / 80; Pulse 87; Resp 14; Temp 99.8; Pulse Ox 100% ;      mr13

Neuro Vital Signs:
15:09  GCS: 15,                                                        kjp

Exam:
```

| | | |
|---|---|---|
| Pt Name: **DEBARROS, ELSON** | | MRN: **2373202** |
| Rm/Bed: | Page 1 of 3 | Physician Chart Results Report |

© 2004-2013 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.

QRE_0129.rptVersion 1.00
Printed By: Sio, Annie
Printed On: 15-Jan-13 12:29

Tufts Medical Center 800 Washington Street Boston MA 02111

| | | | | Physician Chart Results Report |
|---|---|---|---|---|
| **Pt Name:** | DEBARROS, ELSON | **MRN:** | 2373202 | |
| **Pt ID:** | 2009002886 | **Acct No:** | 132277206 | |
| **DOB:** | 09/08/1979 | **Age/Sex:** | 33Y/M | |
| **Nurse Sta:** | | **Atn Dr:** | Stephen, James MD | |
| **Dx:** | | **Rm/Bed:** | | |
| **Airg:** | No Known Drug Allergies | | | |

**Order Name:**

| **Result Name:** | Physician Chart | **Observation Dtime:** | 01/04/2013  15:01 |
|---|---|---|---|
| | | **Result Status:** | Final Result |

16:32 Constitutional: The patient appears alert, well developed,          jms
      awake. Head/face: Exam is negative for obvious evidence of
      injury or deformity. Eyes: Pupils: equal, round, and reactive
      to light. Conjunctiva: normal. Respiratory: Respirations:
      normal. Cardiovascular: Rate: actual rate is 87 bpm.
      Musculoskeletal/extremity: neurovascular is intact distal to
      injury. There is an area of patchy erythema / tenderness /
      pruritis on the right forearm. It is about 7 cm in greatest
      dimension.. Neuro: Orientation: to person, place / time.
      Mentation: lucid, able to follow commands, Cranial nerves:
.
Name:Debarros, Elson
MRN:2373202
Account#:132277206
Page 1 of 2
%%PAGE
.
Name:Debarros, Elson
MRN:2373202
Age:33 years
Sex:Male
DOB:09/08/1979
Arrival Date:01/04/2013
Arrival Time:15:01
Account#:132277206
PCP:Brigham / womens
.
      Grossly intact Motor: is normal, Gait: is steady. Psych:
      Behavior/mood is cooperative, Affect is calm.
17:10 ENT: Voice: is normal.                                             jms
.
MDM:
16:55 Differential diagnosis: chemical dermatitis. Data reviewed:        jms
      vital signs, nurses notes. Counseling: I had a detailed
      discussion with the patient and/or guardian regarding: the
      historical points, exam findings, and any diagnostic results
      supporting the discharge/admit diagnosis, the need for
      outpatient follow up.
.
Dispensed Medications:
17:13 Drug: hydrocortisone 2.5% oint 30 grams; Route: Topical; Site:  pcs
      right forearm;
.
.
.
      Working Diagnosis:

---

© 2004-2013 Siemens Medical Solutions Health Services Corporation  All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.
                                                      ORE_0126.rpt:Version 1.00
                                                      Printed By: Sio, Annie

Tufts Medical Center 800 Washington Street Boston MA 02111

| Pt Name: | DEBARROS, ELSON | | | Physician Chart Results Report |
| Pt ID: | 2009002888 | MRN: | 2373202 | |
| DOB: | 09/08/1979 | Acct No: | 132277206 | |
| | | Age/Sex: | 33Y/M | |
| Nurse Sta: | | Atn Dr: | Stephen, James MD | |
| Dx: | | Rm/Bed: | | |
| Alrg: | No Known Drug Allergies | | | |

Order Name:

| Result Name: | Physician Chart | Observation Dtime: | 01/04/2013 15:01 |
| | | Result Status: | Final Result |

---

Dermatitis, ChemicalDisposition Summary:
17:10 Problem is new. Symptoms are unchanged. Impression: Dermatitis, jms
   Chemical. Patient discharged to Home in Stable condition .
   Custom instructions: Apply cream suplied to arm 2-3 times a day
   DO NOT USE ON FACE RETURN IF WORSE.

Attending Notes::
17:09 Attestation: My working Impression: Chemical Dermatitis. Home   jms
   medication list was printed / given to patient. Attending chart
   complete and electronically signed: J.M.Stephen MD.

Signatures:
Stephen, James                          MD    jms
Sonntag, Patricia                       RN    pcs
Phillips, Karen                         RN    kjp
Riera, Tony                                   tr4
Munger, Michael                               mm30

Document is preliminary until electronically or manually signed by the atte
nding physician

Name:Debarros, Elson
MRN:2373202
Account#:132277206
Page 2 of 2

¡¡END

Comments

Result Comments:

Requisition Comments:

---

Ordering Dr:                            Order Date/Time:
                                        Ord#/Occurrence#:    /

---

Pt Name: DEBARROS, ELSON                          MRN: 2373202
Rm/Bed:
                        Page 3 of 3

© 2004-2013 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.

Physician Chart Results Report

ORE_0126 rptVersion 1.00

Printed By: Sio, Annie

Tufts Medical Center 800 Washington Street Boston MA 02111

| | | |
|---|---|---|
| Pt Name: | DEBARROS, ELSON | **Nurse Chart Results Report** |
| Pt ID: | 2009002886 | MRN: 2373202 |
| DOB: | 09/08/1979 | Acct No: 132277206 |
| | | Age/Sex: 33Y/M |
| Nurse Sta: | | Atn Dr: Stephen, James MD |
| Dx: | | Rm/Bed: |
| Alrg: | No Known Drug Allergies | |

Order Name:

| Result Name: | Nurse Chart | Observation Dtime: | 01/04/2013 15:01 |
|---|---|---|---|
| | | Result Status: | Final Result |

Name:Debarros, Elson
MRN:2373202
Age:33 years
Sex:Male
DOB:09/08/1979
Arrival Date:01/04/2013
Arrival Time:15:01
Account#:132277206
BedE2
PCP:Brigham / womens
Chief Complaint:Chemical Exposure - -Degreaser-Yesterday PM

Presentation:
01/04 Method of Arrival: Walk In,
15:01                                                          mr13
15:06 Presenting complaint: Patient states: cleaning grill at work
     yesterday using degreaser. Got some on right arm; now has      kjp
     reaction v. burn. Method of arrival: Ambulated without
     assistance. Care prior to arrival: None.
16:56 Acuity: Adult 4.
                                                              pcs
Historical:
- Allergies:
15:07 No known drug Allergies Allergies: Denies latex allergy
- Home Meds:                                                  kjp
15:07 gabapentin Oral
- FMHx:                                                       kjp
15:07 Gout
- PSHx:                                                       kjp
15:07 None
                                                              kjp
- Smoking History: Patient denies using tobacco.
- Social history: No barriers to communication noted.
- The history from nurses notes was reviewed: and I agree with
  what is documented.

Screening:
15:09 Safety screen: Patient feels safe. Nutritional screening: No  kjp
     deficits noted. Fall Risk None identified.

Vital Signs:
15:02 BP 115 / 80; Pulse 87; Resp 14; Temp 99.8; Pulse Ox 100%;    mr13

© 2004-2013 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.

Nurse Chart Results Report
ORE_0126.rptVersion 1.00
Printed By: Sio, Annie

Tufts Medical Center 800 Washington Street Boston MA 02111

| | | | |
|---|---|---|---|
| Pt Name: | DEBARROS, ELSON | | **Nurse Chart Results Report** |
| Pt ID: | 2009002886 | MRN: 2373202 | |
| DOB: | 09/08/1979 | Acct No: 132277206 | |
| | | Age/Sex: 33Y/M | |
| Nurse Sta: | | Atn Dr: Stephen, James MD | |
| Dx: | | Rm/Bed: | |
| Alrg: | No Known Drug Allergies | | |

Order Name:

Result Name:     Nurse Chart          Observation Dtime:    01/04/2013  15:01
                                      Result Status:        Final Result

Neuro Vital Signs:
15:09 GCS: 15,
.
Triage Assessment:                                                    kjp
15:08 General: Appears in no apparent distress, well developed, well    kjp
      nourished, Behavior is cooperative. Pain: Complains of pain in
      palmar aspect of right forearm Pain currently is 9 out of 10 on
      a pain scale. Neuro: No deficits noted. Cardiovascular: No
      deficits noted. Respiratory: No deficits noted. Injury
      Description: Burn sustained to palmar aspect of right forearm.

Name:Debarros, Elson
MRN:2373202
Account#:132277206
Page 1 of 2
↑↑PAGE
.

Name:Debarros, Elson
MRN:2373202
Age:33 years
Sex:Male
DOB:09/08/1979
Arrival Date:01/04/2013
Arrival Time:15:01
Account#:132277206
BedE2
PCP:Brigham / womens
Chief Complaint:Chemical Exposure - -Degreaser-Yesterday PM
.
15:09 Injury Description: Burn is a first-degree burn.
                                                                      kjp
Assessment:
16:33 General: 33 yr old male presents with red area to left forearm  pcs
      s/p getting degreaser on skin yesturday - pt c/o pain - itching
      and burning.
.
Observations:
15:57 Patient Visited By: Munger, Michael
16:23 Patient Visited By: Stephen, James                            mm30
                                                                    jms
Dispensed Medications:
17:13 Drug: hydrocortisone 2.5% oint 30 grams; Route: Topical; Site:  pcs
      right forearm;
.

Interventions:

---

Pt Name: DEBARROS, ELSON

Rm/Bed:                                    MRN: 2373202

                        Page 2 of 3

© 2004-2013 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.

Tufts Medical Center 800 Washington Street Boston MA 02111

| | | | | |
|---|---|---|---|---|
| Pt Name: | DEBARROS, ELSON | | | **Nurse Chart Results Report** |
| Pt ID: | 2009002888 | MRN: | 2373202 | |
| DOB: | 09/08/1979 | Acct No: | 132277208 | |
| | | Age/Sex: | 33Y/M | |
| Nurse Sta: | | Atn Dr: | Stephen, James MD | |
| Dx: | | Rm/Bed: | | |
| Alrg: | No Known Drug Allergies | | | |

Order Name:

| | | | |
|---|---|---|---|
| Result Name: | Nurse Chart | Observation D/time: | 01/04/2013 15:01 |
| | | Result Status: | Final Result |

15:09 Patient placed in waiting room Patient notified of wait time.    kjp
15:55 Demo Sheet Scanned into Chart                                    mjsl
.
Outcome:
17:09 Discharge ordered by MD.
17:13 Discharged to home. Condition: stable. Discharge instructions    jms
      given to patient, Demonstrated understanding of instructions,   pcs
      work note given to cover ill time today.
17:15 Patient left the ED.                                             pcs

Signatures:
Stephen, James
Sonntag, Patricia           MD    jms
Phillips, Karen             RN    pcs
Soo, Mary                   RN    kjp
Munger, Michael                   mjsl
Ryll, Matt                        mm30
.                                 mr13
.
.
.
.
.
.
.
.

Name:Debarros, Elson
MRN:2373202
Account#:132277206
Page 2 of 2
.
§§END

<u>Comments</u>

Result Comments:

Requisition Comments:

Ordering Dr:

Order Date/Time:
Ord#/Occurrence#:        /

© 2004-2013 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2013 Business Objects Software Limited. All rights reserved.

Nurse Chart Results Report

ORE_0126.rpt.Version 1.00
Printed By: Sio, Annie

Tufts Medical Center-ER
Discharge Instructions for: Elson Debarros

# Tufts Medical Center
# Floating Hospital for Children
### Emergency Department

750 Washington Street Box 311
Boston, MA 02111
617-636-5566

**DISCHARGE INSTRUCTIONS FOR:**   **Elson Debarros**   MRN # 2373202
**FOR TODAY'S VISIT ON:**   Friday 1/04/2013

Thank you for using the Tufts Medical Center / Floating Hospital for Children Emergency Department for your care today. It is important for you to know that the examination, treatment and x-ray reading you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact the follow-up physician and/or your Primary Care Physician as soon as possible. It is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit. For a copy of your Emergency record, contact our Medical Records Department at 617-636-6300 during regular business hours.

### X-RAYS and LAB TESTS:
If you had x-rays or a bedside ultrasound today, they were read by the emergency physician. Your x-rays will also be read by a radiologist. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. (Make sure we have your local phone number.) The bedside ultrasound is a urgent, focused and goal oriented study only. It is not intended to replace a formal anatomic study, but was used today in conjunction with your clinical exam to increase diagnostic accuracy.

### MEDICATIONS:
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

### DEPRESSION:
Symptoms of depression may be sadness, anxiety, feelings of hopelessness, guilt, loss of interest or loss of pleasure in usual activities, changes in appetite or sleep pattern that last for more than a few days, Tell your healthcare provider if you have symptoms of depression so they can help you. If you have thoughts of hurting yourself, tell someone call 1-800-SUICIDE, call 911 or go to your closest emergency room for help.

Care provided by Stephen, James with the diagnosis of Dermatitis, Chemical.
**Thank you again for using the Tufts Medical Center Emergency Department for your treatment today. The discharge instructions for today's visit are outlined below.**

Special Notes:
Apply cream suplied to arm 2-3 times a day
DO NOT USE ON FACE
RETURN IF WORSE

**Patient Copy**

**Tufts Medical Center**
**Emergency Department**
750 Washington Street Box 311
Boston, MA 02111
617-636-5566

# Elson Debarros
### Friday 1/04/2013
# WORK RELEASE FORM

This notice verifies that the above named employee was seen and treated in our emergency department on the above printed date.   The employee has the following restrictions:

**XX**  RETURN TO FULL WORK, NO RESTRICTIONS

___  OUT OF WORK FOR _____ DAYS
       **AND THEN /OR:**

___  MODIFIED WORK, WITH RESTRICTIONS, FOR _____ DAYS

     ___  NO LIFTING     ___  NO LIFTING MORE THAN _____ LBS

     ___  NO CLIMBING/BENDING/STOOPING

     ___  NO STANDING/WALKING

     ___  NO DRIVING OR OPERATING MACHINERY

     ___  LIMITED USE OF: _____

**NOTE:**   If the symptoms continue and the employee is unable to perform the full duties of their job by this date; please advise the employee to follow up with the referral physician for further evaluation.

MD SIGNATURE  _____

