UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSON M. DEBARROS,<br><br>    Plaintiff,<br><br>v.<br><br>AREAS USA BOS, LLC and MICHAEL FRANK, Individually<br><br>    Defendants. | Case No. 15-cv-14248-FDS |

**Joint Statement Pursuant to Local Rule 16.1**

    Pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, Rules 16.1 and 26.1 of the Local Rules of the United States District Court for the District of Massachusetts, and the Court's Notice of Scheduling Conference (Dkt. No. 16), Plaintiff Elson M. DeBarros and Defendant AREAS USA BOS, LLC ("Areas") (collectively, the "Parties") hereby submit their Joint Statement.

    A.  <u>Settlement Proposals</u>

    Plaintiff recently retained counsel and counsel the parties have been in discussions regarding settlement. As set forth in Section D below, the parties agree to participate in the Court's Alternative Dispute Resolution (ADR) program.

    B.  <u>Proposed Pretrial Schedule And Discovery Plan</u>

| **Events** | **Date** |
|---|---|
| Initial Disclosures Served By: | July 5, 2016 |
| Amendments to Pleadings | July 30, 2016 |
| Fact Discovery – Interim Deadlines:<br>  a. Written Discovery (service deadline)<br>  b. All depositions (non-expert) completed | <br>September 30, 2016<br>January 31, 2017 |
| Fact Discovery – Final Deadline | February 28, 2017 |
| Status Conference | TBD by the court |

| | |
|---|---|
| Expert Discovery:<br><br>a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by | March 31, 2017 |
| b. Plaintiff(s)' trial experts must be deposed by | March 31, 2017 |
| c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by | March 31, 2017 |
| d. Defendant(s)' trial experts must be deposed by | March 31, 2017 |
| Dispositive Motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed by | April 30, 2017 |

C. Certifications

DeBarros and Areas will file his/its Certifications pursuant to Rule 16.1(D)(3) of the Local Rules of Civil Procedure separately. By their signatures below, their counsel hereby certify that they have conferred with their respective clients or an authorized representative of their respective clients:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Rule 16.4 of the Local Rules of Civil Procedure.

D. Referral to Magistrate Judge or Mediation

The Parties do not consent to a trial by Magistrate Judge. The Parties do agree to mediation through the ADR program sponsored by the Court.

Dated: June 21, 2016

Respectfully Submitted,

| | |
|---|---|
| Elson M. DeBarros<br>By his attorney, | AREAS USA BOS, LLC<br>By its attorneys, |
| /s/ Josiah Weiss<br>Josiah Weiss (BBO #683038)<br>JW Law Firm<br>65A Flagship Drive<br>North Andover, MA 02184<br>Telephone: (978) 662-1172<br>josiahweiss@gmail.com | /s/ Justin F. Keith<br>Justin F. Keith (BBO #667953)<br>GREENBERG TRAURUG, LLP<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 310-6230<br>Facsimile: (617) 310-6001<br>keithj@gtlaw.com |

*ATL 21318448v1*