UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSON M. DEBARROS,<br><br>    Plaintiff,<br><br>v.<br><br>AREAS USA BOS, LLC and MICHAEL FRANK, Individually<br><br>    Defendants. | Case No. 15-cv-14248-FDS |

### Defendant Areas USA BOS, LLC's Local Rule 16.1(D)(3) Certificate

The undersigned hereby certify that defendant Areas USA BOS, LLC and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the above-captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Rule 16.4 of the Local Rules of this Court.

GREENBERG TRAURIG, LLP.

/s/ Justin F. Keith
Justin F. Keith (BBO# 667953)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6230
Fax: (617) 310-6001
keithj@gtlaw.com
Counsel for Defendant
Areas USA BOS, LLC

AREAS USA BOS, LLC

By: Alberto Serratos

Its: Vice President of Finance

Dated: June 21, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on June 21, 2016.

/s/ Justin F. Keith

ATL 21318818v1