## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Elson M. Debarros</u>, Plaintiff

                        V.        CIVIL ACTION NO. <u>15-cv-14248-FDS</u>

<u>Areas USA Boston, LLC</u> Defendant

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

To Judge Saylor

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On  5/30/2017 I held the following ADR proceeding:**

    _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_\_   MEDIATION _____ SUMMARY BENCH / JURY TRIAL _____ MINI-TRIAL

    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel  [except _____]

    The parties  were / were not  present in person or by authorized corporate officer [except _____].

    The case was:

**[ X ]**    **The Mediator is unable to renegotiate a settlement of the dispute.**

[ ]    This case did not settle and should be restored to your trial list.

[ ]    There was progress but this case should be restored to your trial list.

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>5/30/2017</u>                                          EDWARD F. HARRINGTON, SDJ
DATE                                                 ADR Provider